JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **GLENN ALLAN SILVERA,** | |
| Plaintiff, | No. CV 16-9048 CJC (AJW) |
| v. | JUDGMENT |
| **LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, LOS ANGELES COUNTY,** | |
| Defendants. | |

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: January 20, 2017

_____
Cormac J. Carney
United States District Judge